Honorable Judge Benjamin H. Settle
Honorable David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESUS CHAVEZ FLORES,

               Plaintiff,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

               Defendants.

NO. 3:18-cv-05139-BSH-DWC

**DECLARATION OF DANIEL WEISKOPF IN SUPPORT OF PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO GEO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Daniel M. Weiskopf, declare under penalty of perjury that the following statements are true and correct and based upon my personal knowledge:

1. I am one of the attorneys of record for Plaintiff Jesus Chavez Flores in the above-captioned matter and am competent to testify to the matters set forth herein.

2. Attached hereto are true and correct copies of the following documents:

**Exhibit A**: An email sent on July 10, 2018, involving myself and Joan Mell, counsel for GEO Defendants.

DATED this 12th day of July, 2018.

By:      s/ Daniel M. Weiskopf
         Daniel M. Weiskopf, WSBA #44941

Declaration of Daniel Weiskopf in support of Plaintiff's Motion for Extension of Time to Respond to GEO Defendants' Motion for Summary Judgment
(Cause No. 3:18-cv-05139-BHS-DWC) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

# I'sha Willis

| | |
|---|---|
| **From:** | Daniel M. Weiskopf |
| **Sent:** | Tuesday, July 10, 2018 8:46 PM |
| **To:** | Joan Mell; joe@3brancheslaw.com |
| **Cc:** | Theresa DeMonte; I'sha Willis |
| **Subject:** | Chavez Flores v. U.S. Immigration and Customs Enforcement et al.; |

Dear Joan and Joe,

We received your motion for summary judgment this afternoon. The response brief is due July 31.

My firm has three attorneys who are working on the *Chavez* matter. Two of us (Theresa and I) are trying a complex financial fraud case starting July 23, and that trial could last several weeks; our third lawyer is taking the Washington bar at the end of July. As a professional courtesy, I'd like to ask for an extension of three weeks (which would require GEO to re-note its motion for August 24).

I'd also note that (due to an extension that Eunice granted as a courtesy this morning) GEO's discovery is now due July 25, and the extension would allow us to review those materials prior to responding.

I'm hopeful to avoid burdening the Court with a continuance motion, so please let me know. Thanks in advance.

Dan

**Dan Weiskopf | Attorney**



600 University Street, Suite 2700 | Seattle, WA 98101
Direct (206) 389-9372 | Cell (646) 326-3274