Honorable Judge Benjamin H. Settle
Honorable David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESUS CHAVEZ FLORES,

    Plaintiff,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

    Defendants.

NO. 3:18-cv-05139-BSH-DWC

**DECLARATION OF THERESA DEMONTE IN SUPPORT OF PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO GEO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Theresa DeMonte, declare under penalty of perjury that the following statements are true and correct and based upon my personal knowledge:

1. I am one of the attorneys of record for Plaintiff Jesus Chavez Flores in the above-captioned matter and am competent to testify to the matters set forth herein.

2. Attached hereto are true and correct copies of the following documents:

**Exhibit A**: An email sent on July 11, 2018, involving myself and Joan Mell, counsel for GEO Defendants.

DATED this 12th day of July, 2018.

By:   _s/ Theresa DeMonte_____
    Theresa DeMonte, WSBA # 43994

---

Declaration of Theresa DeMonte in support of Plaintiff's Motion for Extension of Time to Respond to GEO Defendants' Motion for Summary Judgment
(Cause No. 3:18-cv-05139-BHS-DWC) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

**I'sha Willis**

---

| | |
|---|---|
| **From:** | Theresa DeMonte |
| **Sent:** | Wednesday, July 11, 2018 5:08 PM |
| **To:** | Joan Mell |
| **Cc:** | Eunice Hyunhye Cho; Emily Chiang; Tonie Davis; Daniel M. Weiskopf; Kaya McRuer; I'sha Willis; Thao Do |
| **Subject:** | RE: Chavez Flores v. ICE-- Rule 26(f) conference |

Joan—

Thanks for conferring today.  Even though Dan and I are both headed to a three-week trial in less than two weeks, you refused to grant us the professional courtesy of an extension to respond to your motion for summary judgment and also declined to respond to our written requests for an extension by email.  We are writing to you now in light of your representation that you will be unreachable until July 18.  Please let us know by tomorrow at noon whether your position has changed.  If we do not hear from you, we will have to seek relief from the Court.

Thank you,


**Theresa DeMonte | Attorney**


**McNAUL EBEL**
NAWROT & HELGREN PLLC

600 University Street, Suite 2700 | Seattle, WA 98101-3134
T (206) 467-1816 | F (206) 624-5128 | D (206) 389-9335
www.mcnaul.com | tdemonte@mcnaul.com

**Confidentiality Notice**
This email transmission (and/or documents accompanying it) may contain confidential or privileged information. The information is intended only for the use of the intended recipient(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this transmission in error, please do not review the contents and/or attachments, and please notify us immediately so that appropriate actions may be taken.

---

**From:** Theresa DeMonte
**Sent:** Wednesday, July 11, 2018 2:35 PM
**To:** 'Joan Mell'; 'Sarah Morehead'
**Cc:** 'Eunice Hyunhye Cho'; 'Emily Chiang'; 'Tonie Davis'; Daniel M. Weiskopf; 'Kaya McRuer'; I'sha Willis; Thao Do
**Subject:** RE: Chavez Flores v. ICE-- Rule 26(f) conference

---

**From:** Theresa DeMonte
**Sent:** Monday, July 09, 2018 5:35 PM
**To:** 'Joan Mell'; 'Sarah Morehead'
**Cc:** 'Eunice Hyunhye Cho'; 'Emily Chiang'; 'Tonie Davis'; Daniel M. Weiskopf; 'Kaya McRuer'; I'sha Willis; Thao Do
**Subject:** RE: Chavez Flores v. ICE-- Rule 26(f) conference

All-

1

We look forward to conferring tomorrow. Attached is a working draft joint status report for review and discussion at tomorrow's conference. For your reference, below is the dial-in information.

Starting time: **Tuesday, July 10th** at **1 pm** US/Pacific
You may dial in with the following number: **800-941-0912**
The participant access code is: **988775 #**

Thanks,

Theresa

**Theresa DeMonte | Attorney**



600 University Street, Suite 2700 | Seattle, WA 98101-3134
T (206) 467-1816 | F (206) 624-5128 | D (206) 389-9335
www.mcnaul.com | tdemonte@mcnaul.com

**Confidentiality Notice**
This email transmission (and/or documents accompanying it) may contain confidential or privileged information. The information is intended only for the use of the intended recipient(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this transmission in error, please do not review the contents and/or attachments, and please notify us immediately so that appropriate actions may be taken.

---

**From:** Theresa DeMonte
**Sent:** Tuesday, July 03, 2018 10:32 AM
**To:** 'Joan Mell'; 'Sarah Morehead'
**Cc:** 'Eunice Hyunhye Cho'; 'Emily Chiang'; 'Tonie Davis'; Daniel M. Weiskopf; 'Kaya McRuer'; I'sha Willis; Thao Do
**Subject:** RE: Chavez Flores v. ICE-- Rule 26(f) conference

Thanks, Joan.

Let's say July 10th at 1:00? We will circulate a call-in.


**Theresa DeMonte | Attorney**



600 University Street, Suite 2700 | Seattle, WA 98101-3134
T (206) 467-1816 | F (206) 624-5128 | D (206) 389-9335
www.mcnaul.com | tdemonte@mcnaul.com

**Confidentiality Notice**
This email transmission (and/or documents accompanying it) may contain confidential or privileged information. The information is intended only for the use of the intended recipient(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this transmission in error, please do not review the contents and/or attachments, and please notify us immediately so that appropriate actions may be taken.

**From:** Joan Mell [mailto:joan@3brancheslaw.com]
**Sent:** Monday, July 02, 2018 6:42 PM
**To:** Theresa DeMonte
**Subject:** Re: Chavez Flores v. ICE-- Rule 26(f) conference

I can do it at 1:00 but I will be traveling so my participation will be restricted.  Before noon would be better.

On Jul 2, 2018, at 6:39 PM, Theresa DeMonte <tdemonte@mcnaul.com> wrote:

Joan,

What times on the 10th are you available?  Could 1:00 p.m. work?

Thanks,

Theresa

**Theresa DeMonte | Attorney**
<image001.jpg>
600 University Street, Suite 2700 | Seattle, WA 98101-3134
T (206) 467-1816 | F (206) 624-5128 | D (206) 389-9335
www.mcnaul.com | tdemonte@mcnaul.com

**Confidentiality Notice**
This email transmission (and/or documents accompanying it) may contain confidential or privileged information. The information is intended only for the use of the intended recipient(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this transmission in error, please do not review the contents and/or attachments, and please notify us immediately so that appropriate actions may be taken.

**From:** Joan Mell [mailto:joan@3brancheslaw.com]
**Sent:** Monday, July 02, 2018 6:02 PM
**To:** Theresa DeMonte
**Subject:** Re: Chavez Flores v. ICE-- Rule 26(f) conference

The 9th works.  And the morning of the 10th.  Yes I represent William McHatton.

On Jul 2, 2018, at 10:41 AM, Theresa DeMonte <tdemonte@mcnaul.com> wrote:

Joan and Sarah,

We need to complete the 26(f) conference.  Do you have availability on July 9 or the afternoon of July 10?  Also, Joan, do you plan to represent William McHatton?  Sarah, will your office represent Drew Bostock?  Please let us know, and we will send a waiver of service for your consideration.

Thanks,

Theresa

**Theresa DeMonte | Attorney**

3

600 University Street, Suite 2700 | Seattle, WA 98101-3134
T (206) 467-1816 | F (206) 624-5128 | D (206) 389-9335
www.mcnaul.com | tdemonte@mcnaul.com

**Confidentiality Notice**
This email transmission (and/or documents accompanying it) may contain confidential or privileged information. The information is intended only for the use of the intended recipient(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this transmission in error, please do not review the contents and/or attachments, and please notify us immediately so that appropriate actions may be taken.

*Joan K. Mell*
III BRANCHES LAW, PLLC
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph
281-664-4643 fx
joan@3brancheslaw.com

*Joan K. Mell*
III BRANCHES LAW, PLLC
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph
281-664-4643 fx
joan@3brancheslaw.com

4