THE HONORABLE BENJAMIN SETTLE
THE HONORABLE DAVID W. CHRISTEL

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JESUS CHAVEZ FLORES,<br><br>                        Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; THOMAS D. HOMAN, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration an Customs Enforcement; MARC J. MOORE, Director of the Seattle Field Office of U.S. Customs Enforcement; BRYAN WILCOX, Deputy Director of the Seattle Field Office of U.S. Immigration and Customs Enforcement; WILLIAM PENALOZA, Assitant Field Office Director, Detention, Seattle Field Office of U.S. Immigration and Customs Enforcement; DREW BOSTOCK, Assistant Field Office Director, Seattle Field Office of U.S. Immigration and Customs Enforcement; ICE DOES 1-10; THE GEO GROUP, INC., a Florida corporation; LOWELL CLARK, Warden, Northwest Detention Center;  WILLIAM MCHATTON, Associate Warden, Northwest Detention Center; MICHAEL BEARDSLEY, Officer, Northwest Detention Center; LEROY PORTILLO, Captain, Northwest Detention Center; GEO DOES 1-10,<br><br>                        Defendants | Case No.: 3:18-cv-05139-BHS-DWC<br><br>AMENDED DECLARATION OF JOAN K. MELL<br><br>NOTED FOR: OCTOBER 12, 2018 |

AMENDED DECLARATION OF JOAN K. MELL
3:18-cv-05139-BHS-DWC                    1 of 4

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

I, Joan K. Mell, declare and state the following under oath subject to penalty of perjury pursuant to the laws of the State of Washington:

1. I am the attorney for The GEO Group, Inc. and individually named employees in the above-entitled action. I am over the age of 18 and competent to testify to the matters set forth in my declaration.

2. On September 7, 2018, I conferred with counsel about sealing the video and substituting the still images with redactions.

3. Ms. Eunice Cho objected on waiver grounds. Ms. Morehead was supporting ICE's request and has no objections.

4. Attached at **Exhibit A** are true and correct copies of the proposed still shots with redactions to be substituted for the unreacted still shots.

DATED this 2nd day of October, 2018 at Fircrest, WA.

Joan K. Mell, WSBA No. 21319
Attorney for The GEO Group, Inc.

AMENDED DECLARATION OF JOAN K. MELL
3:18-cv-05139-BHS-DWC

2 of 4

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

# CERTIFICATE OF SERVICE

I, Joseph Fonseca, hereby certify as follows:

I am over the age of 18, a resident of Pierce County, and not a party to the above action. On October 2, 2018, I electronically filed the above Amended Declaration of Joan K. Mell, with the Clerk of the Court using the CM/ECF system and served via the CM/ECF E-Service system and E-Mail to the following:

Emily Chiang, WSBA No. 50517
Eunice Hyunhye Cho, GA Bar No. 632669
Antoinette M. Davis, WSBA No. 29821
American Civil Liberties Union of Washington Foundation
901 Fifth Avenue, Suite 630
Seattle, WA 98164
(206)-624-2184
echiang@aclu-wa.org
echo@aclu-wa.org
tdavis@aclu-wa.org

McNaul, Ebel, Nawrot & Helgren, PLLC
Daniel M. Weiskopf, WSBA No. 44941
Theresa DeMonte, WSBA No. 43994
600 Univeristy Street, Suite 2700
Seattle, WA 98101
dweiskopf@mcnaul.com
tdemonte@mcnaul.com

Sarah K. Morehead, WSBA No. 29680
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206)-553-7970
sarah.morehead@usdol.gov

///

///

AMENDED DECLARATION OF JOAN K. MELL
3:18-cv-05139-BHS-DWC

3 of 4

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

I certify under penalty of perjury under the laws of the State of Washington that the above information is true and correct.

DATED this 2nd day of October, 2018 at Fircrest, Washington.

_____
Joseph Fonseca, Paralegal

AMENDED DECLARATION OF JOAN K. MELL
3:18-cv-05139-BHS-DWC                         4 of 4

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph