EXHIBIT A



EX000012











EX000017





EX000019







EX000022



