Honorable Judge Benjamin H. Settle
Honorable David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESUS CHAVEZ FLORES,<br><br>　　　　　　　　　　　　　Plaintiff,<br>　　　v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; THOMAS D. HOMAN, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; MARC J. MOORE, Director of the Seattle Field Office of U.S. Immigration and Customs Enforcement; BRYAN WILCOX, Deputy Director of the Seattle Field Office of U.S. Immigration and Customs Enforcement; WILLIAM PENALOZA, Assistant Field Office Director, Detention, Seattle Field Office of U.S. Immigration and Customs Enforcement; DREW BOSTOCK, Assistant Field Office Director, Seattle Field Office of U.S. Immigration and Customs Enforcement; TIMOTHY PETRIE, Supervisory Detention Deportation Officer, Seattle Field Office of U.S. Immigration and Customs Enforcement; BRIAN MUIRHEAD, Supervisory Detention Deportation Officer, Seattle Field Office of U.S. Immigration and Customs  Enforcement; ICE DOES 1-10; THE GEO GROUP, INC., a | NO.  3:18-cv-05139-BSH-DWC<br><br>**DECLARATION OF EUNICE H. CHO** |

| | |
|---|---|
| Florida corporation; LOWELL CLARK, Warden, Northwest Detention Center; WILLIAM MCHATTON, Associate Warden, Northwest Detention Center, MICHAEL BEARDSLEY, Officer, Northwest Detention Center; LEROY PORTILLO, Captain, Northwest Detention Center; MICHAEL SNYDER, Lieutenant, Northwest Detention Center; NELS RIACH, Lieutenant, Northwest Detention Center; DAVID TRACY, Sergeant, Northwest Detention Center; ANDREAS GORDON, Officer, Northwest Detention Center; LUIS AGUIRRE, Officer, Northwest Detention Center; GEO DOES 1-10, | |
| Defendants. | |

I, Eunice H. Cho, declare under penalty of perjury and the laws of the State of Washington that the following statements are true and correct and based upon my personal knowledge:

1. I am one of the attorneys of record for Plaintiff Jesus Chavez Flores in the above-captioned matter and am competent to testify to the matters set forth therein.

2. Attached hereto are true and correct copies of the following documents, provided to Plaintiff by Defendants in discovery:

> **Exhibit A**: Notice of Disciplinary Panel Hearing, Detainee Rights Form, USAO_ChavezFlores000039-40.
>
> **Exhibit B**: Administrative and Disciplinary Review Forms for Mr. Chavez, USAO_ChavezFlores000872-74.

DATED this 12th of October, 2018, at Seattle, Washington.

/S/ Eunice H. Cho
Eunice H. Cho, WSBA No. 53711

# Exhibit A

**Northwest Detention Center**　　　　　　　　　**Notice of Disciplinary Panel Hearing**

Name of Detainee: Chavez　　　　A-Number: ___　　　　Date: 2-12-18

Alleged Disciplinary Code Violation(s): 210 Adulteration food/drink

Date of Offense: 2-10-18

[ ] You are being referred to the Unit Disciplinary Committee for the above mentioned charge(s).
[X] You are being referred to the Institution Disciplinary Panel for the above mentioned charge(s).

The hearing will be held on 2-14-18, at 1030 (time) at the following location D-3

You are entitled to have a full time staff member represent you at the IDP hearing. [ ] N/A for UDC
Please indicate below if you desire to have a staff member assist you, and if so, his or her name.

I (do) ✓　　(do not) ___　wish to have a staff representative.

If so, the staff representative's name is translator.

You also have the right to call witnesses at the hearing and to present documentary evidence in your behalf; provided that calling your witnesses will not jeopardize the facility security. Names of witnesses you wish to call should be listed below. State below what each proposed witness would be able to testify to:

Name: ___　　Can testify to: ___

Name: ___　　Can testify to: ___

The Disciplinary Hearing Supervisor will call those listed above as witnesses (staff or detainee) who are reasonably available, and who are determined by the chairperson to be necessary for an appreciation of all of the circumstances surround the charge(s). Repetitive witnesses need not be called. Unavailable witnesses may be asked to submit written statements. If additional space is required, use the reverse side of the form.

I have received a copy of this form:

Detainee Name: Chavez　　　　Signature: X Refused
Date and Time: 2-12-18 / 1100
Served in native language by: LT A George　　　　Date: 2-12-18

Original: Detainee File - White
CC: Administrative File - Yellow
　　Detainee - Pink

Notice of Institution Disciplinary Panel Hearing　　DIS 012 NCR　　　　2-2-15

USAO_ChavezFlores000039

**Northwest Detention Center**  **Detainee Rights**

### Detainee Rights at the Disciplinary Panel Hearing  [ ] UDC  [X] IDP

As a detainee charged with a prohibited act(s), you have been referred to the Disciplinary Panel for disposition. While at the Disciplinary Panel hearing, you have the following rights:

1. The right to have a written copy of the charge(s) against you at least 24 hours prior to appearing before the hearing.
   El derecho de tener una copia de los cargos contra usted por lo menos 24 horas antes de aparecer antes del audiencia.
2. The right to have a full time member of staff who is reasonably available to assist you before the IDP hearing.
   El derecho de tener a un miembro del personal que este razonablemente disponible para ayudarlo antes del IDP audiencia.
3. The right to call witnesses and present documentary evidence in your behalf, provided institutional safety would not be jeopardized.
   El derecho de llamar a testigos y presntar evidencias y documentos en su favor, siempre cuando la seguridad de la institucional no sea arriesgada.
4. The right to remain silent. Your silence may be used to draw an adverse inference against you. However, your silence alone may not be used to support a finding that you committed a prohibited act.
   El derecho de permanecer en silencio. Su silencio se puede usar para intenpretar diferencia adversas contra usted. Sin embargo, su silencio no solo puede ser de sostener un hallazgo que usted cometio un acto phrohibido.
5. The right to be present throughout the hearing decision, except during committee deliberations and where institutional safety would be in jeopardy.
   El derecho de estar presente durante la decision de del audiencia, mientra la seguridad de la institucion no este en peligro.
6. The right to be advised of the hearing decision in writing and the facts supporting the panel's decision, except where institutional safety would be jeopardized
   El derecho de ser avisado de la decision del del audiencia por escrito y los hechos que sostienen la decision del panel, mientras la segurida de la institucion no sea arriesgada
7. The right to appeal the decision of the hearing by means of the Detainee Grievance Procedure to the Warden within 15 days of the notice of the panel's decision and disposition.
   El derecho de apelar la decision del del audiencia por medios del Procedimiento de Queja del Detenido al Encargado dentro de 15 dias de la nota de la decision del panel.

**I hereby acknowledge that I have been advised of the rights afforded me at the Disciplinary Panel Hearing.**

Signed: X Refused                                 A-Number: _____

Date: 2-12-18

Notice of Rights given to the detainee by:  LT Aguirre  /s/  2-12-18
                                              Staff Member / Interpreter and Date

### Refusal to Sign

I have personally advised _____ of the rights afforded detainees at the disciplinary hearing.
The detainee refused to sign the acknowledgment.

Staff Member / Interpreter and Date: _____

### Waiver of 24 hours Notice:

I have been advised that I have at least a 24 hour notice prior to appearing before the hearing. At this time, I wish to waive this right and proceed with the hearing.
He sido avisado que teno por lo menos 24 horas de notificacion antes de aparecer antes del audiencia. En este tiempo, yo deseo renunciar este derecho y procder con el audiencia.

Detainee Signature, Date and Time: _____

Original: Detainee File        -    White
CC:   Administrative File  -    Yellow
      Detainee             -    Pink

Detainee Rights Spanish                DIS 004 NCR                          2-2-2015

# Exhibit B

**Northwest Detention Center**           **Disciplinary Detention Review**

On    2/22/18        1100        Acting Lt Johnson
       Date           Time        Reviewing Officer

Chavez-Flores
Name of Detainee        A-Number

Date Disciplinary Detention began:    2/14/18

Date Disciplinary Detention ends:    3/1/18

Detainee has been in Disciplinary Detention for    9    Days.

Reason for Disciplinary Detention:    210 adulteration food or drink

**DOCUMENT REVIEW**

|   |   | YES | NO |
|---|---|---|---|
| 1. | Is the detainee being offered three showers/week? | [x] | [ ] |
| 2. | Is the detainee actually showering / bathing at least three times a week? | [x] | [ ] |
| 3. | Is the detainee being offered exercise at least one hour daily, 7 days a week? | [x] | [ ] |
| 4. | Is the detainee actually exercising at least one hour daily, 7 days a week? | [ ] | [x] |
| 5. | Is the detainee being offered three meals daily and consuming at least one meal daily? | [x] | [ ] |
| 6. | Is the detainee receiving daily visits from medical staff? | [x] | [ ] |
| 7. | Are restricted housing officers signing and properly filling out the restricted housing unit record and log? | [x] | [ ] |

A "NO" answer to any of the above questions will require that the Captain be notified.

For the following reason, I am recommending the early release from Disciplinary Detention:

_____

[ ] Release to Population
[X] Continue Disciplinary Detention Status
[ ] Release to Administrative Detention

Warden    2-22-18        ICE AFOD    2-22-18
       Date                Date

Copy delivered to detainee by: _____ Date: 2/22/18

Original: Detainee File - White
CC: Administrative File - Yellow
      Detainee - Pink

Disciplinary Detention Review        DIS 006        3-27-12

USAO_ChavezFlores000872

**Northwest Detention Center** | **Disciplinary Detention Review**

| | | | |
|---|---|---|---|
| On | 2/15/18 | 1100 | Lt Riach |
| | Date | Time | Reviewing Officer |
| | Chavez-Flores | | |
| | Name of Detainee | | A-Number |

Date Disciplinary Detention began: 2/14/18

Date Disciplinary Detention ends: 3/1/18

Detainee has been in Disciplinary Detention for    2    Days.

Reason for Disciplinary Detention:    210 adulteration food or drink

**DOCUMENT REVIEW**

|   |   | YES | NO |
|---|---|---|---|
| 1. | Is the detainee being offered three showers/week? | [x] | [ ] |
| 2. | Is the detainee actually showering / bathing at least three times a week? | [x] | [ ] |
| 3. | Is the detainee being offered exercise at least one hour daily, 7 days a week? | [x] | [ ] |
| 4. | Is the detainee actually exercising at least one hour daily, 7 days a week? | [ ] | [x] |
| 5. | Is the detainee being offered three meals daily and consuming at least one meal daily? | [x] | [ ] |
| 6. | Is the detainee receiving daily visits from medical staff? | [x] | [ ] |
| 7. | Are restricted housing officers signing and properly filling out the restricted housing unit record and log? | [x] | [ ] |

A "NO" answer to any of the above questions will require that the Captain be notified.

For the following reason, I am recommending the early release from Disciplinary Detention:

_____
_____
_____
_____
_____
_____

[ ] Release to Population
[x] Continue Disciplinary Detention Status
[ ] Release to Administrative Detention

_____    2-15-18       _____   2-15-18
         Warden                 Date              ICE AFOD                Date

Copy delivered to detainee by: _____                              Date: 2-15-18
Original: Detainee File     -   White
CC:    Administrative File  -   Yellow
       Detainee             -   Pink

Disciplinary Detention Review         DIS 006                    3-27-12

USAO_ChavezFlores000873

**Northwest Detention Center**     **24-Hour Administrative Detention Review**

On  2/12/18         Lt. Riach                , Did a 24 Hour Review of the Administrative Detention status of
       Date          (Reviewing Officer)

       Chavez-Flores                  ███████████
       Name of Detainee                       A-Number

Supervisor Authorizing Placement:  Sgt Tracy

Reason for Administrative Detention:  Pending IDP

The following factors were reviewed with the results as indicated:

|   |   | YES | NO |
|---|---|---|---|
| 1. | Does the reason for initial placement remain valid? | [X] | [ ] |
| 2. | Does the detainee pose a threat to himself? | [ ] | [X] |
| 3. | Does the detainee pose a threat to others? | [X] | [ ] |
| 4. | Does the detainee pose a threat to property? | [ ] | [X] |
| 5. | Does the detainee pose a threat to security? | [X] | [ ] |
| 6. | Is the detainee defiant towards authority? | [ ] | [X] |
| 7. | Is the detainee unwilling or unable to live in the general population? | [X] | [ ] |
| 8. | Is the detainee's habitual conduct, language, or behavior of a type, which may provoke or instigate stressful/violent situations amongst the general population? | [X] | [ ] |

Reviewer's Comments:
Detainee is housed in RHU pending an IDP hearing for charge 210 adulteration of food or drink. Detainee has participated in his UDC hearing and has an IDP hearing scheduled for Wednesday 2/14/18.

I state that the initial reason for my placement in Protective Custody (PC) no longer remains valid. I am requesting removal from PC status. Translation in the Spanish or other language provided by _____ .

Detainee Signature: _____     Date/Time: _____

Recommendation: [X] Continue Administrative Detention     [ ] Release to Population

Reviewer Signature: _____     Date/Time:  2-12-18   1100

[X]  Continue Administrative Detention Status
[ ]  Release to Population

_____     2-12-18
       Warden                         Date

Original: Detainee restricted housing unit file