Honorable Judge Benjamin H. Settle
Honorable Judge David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESUS CHAVEZ FLORES,

    Plaintiff,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al,

    Defendants.

No. 3:18-cv-05139-BHS-DWC

DECLARATION OF THERESA M. DEMONTE IN SUPPORT OF PLAINTIFF'S REPLY TO ICE DEFENDANTS' RESPONSE TO MOTION SEEKING LEAVE TO FILE THIRD AMENDED COMPLAINT

RE-NOTED FOR: November 2, 2018

I, THERESA M. DEMONTE, declare under penalty of perjury of the laws of the State of Washington that the following statements are true and correct and based upon my personal knowledge:

1. I am one of the attorneys of record for Plaintiff Jesus Chavez Flores in the above-captioned matter and am competent to testify to the matters set forth herein.

2. On June 8, 2018, GEO Defendants were served with Mr. Chavez's First Set of Interrogatories and Requests for Production.

3. As of today, November 2, 2018, complete responses have not been received and counsel for GEO Defendants and counsel for Mr. Chavez have been

///

DECL OF T. DEMONTE ISO PL.'S REPLY TO FED. GOV DEFS' RESPONSE TO MOT. SEEKING LEAVE TO FILE THIRD AMEND COMPLAINT – Page 1
(Cause No. 3:18-cv-05139-BHS-DWC)

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

attempting to schedule a meet-and-confer with counsel for GEO Defendants.

DATED this 2nd day of November, 2018., at Seattle, Washington.

By: _s/ Theresa M. DeMonte_
Theresa M. DeMonte, WSBA No. 43994

DECL OF T. DEMONTE ISO PL.'S REPLY TO FED.
GOV DEFS' RESPONSE TO MOT. SEEKING LEAVE
TO FILE THIRD AMEND COMPLAINT – Page 2
(Cause No. 3:18-cv-05139-BHS-DWC)

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receives CM/ECF notification.

DATED this 2nd day of November, 2018.

By: s/ Theresa M. DeMonte
Theresa M. DeMonte, WSBA No. 43994

DECL OF T. DEMONTE ISO PL.'S REPLY TO FED. GOV DEFS' RESPONSE TO MOT. SEEKING LEAVE TO FILE THIRD AMEND COMPLAINT – Page 3
(Cause No. 3:18-cv-05139-BHS-DWC)
3934-001 hk02e208ny 2018-11-02

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816