UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESUS CHAVEZ FLORES,

    Plaintiff,

v.

US IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

    Defendants.

CASE NO. 3:18-CV-05139-BHS-DWC

ORDER

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. On August 13, 2019, following oral argument regarding several discovery disputes, the Court, in relevant part, extended the time period for discovery to allow Plaintiff time to conduct two additional depositions and set a deadline for disclosure of expert witnesses. In light of the Court's decision regarding the discovery disputes, the Court issued the following rulings:

**I.    Amended Pretrial Scheduling Order**

The Court amends the Amended Pretrial Scheduling Order (Dkt. 169) as follows:

- Disclosure of Expert Testimony under FRCP 26(a)(2) must be completed on or before **September 19, 2019**.

ORDER - 1

- Any dispositive motions shall be filed and served by **November 4, 2019**. The parties are directed to comply with Local Civil Rule 7, including Rule 7(k).

The Court has reset discovery and dispositive deadlines several times in this case. The Court notes it does not intend to extend these deadlines any further in this case absent extraordinary circumstances.

**II.     Motions for Summary Judgment (Dkt. 209, 212, 213)**

There are three Motions for Summary Judgment pending before the Court. Dkt. 209, 212, 213. The potential new discovery may impact the pending Motions for Summary Judgment. Therefore, the pending Motions for Summary Judgment (Dkt. 209, 212, 213) are denied without prejudice with the right to refile.

The parties are not required to refile evidence previously filed in this case. However, the Court intends to only consider the evidence cited to in any motions for summary judgment; thus, the parties must, in any subsequent motion for summary judgment, specifically cite to the evidence on which they rely. *See* Fed. R. Civ. P. 56(c)(3) ("[t]he court need consider only the cited materials ...").

**III.    Motion to Seal (Dkt. 203)**

At the hearing on August 13, 2019, Plaintiff's counsel withdrew her Motion to Seal (Dkt. 203). Therefore, the Court directs the Clerk to terminate the pending motion (Dkt. 203) and unseal Exhibit A to Second Declaration of Eunice H. Cho in Support of LCR 37 Submission (Dkt. 205).

Dated this 20th day of August, 2019.

David W. Christel
United States Magistrate Judge