UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESUS CHAVEZ FLORES,

Plaintiff,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, et al.,

Defendants.

Case No. 3:18-cv-05139-BHS-TLF

ORDER RE: MAGISTRATE JUDGE
RECUSAL

On September 25, 2019, Magistrate Judge David W. Christel recused himself (Dkt. 229) from this case immediately upon learning that he had a potential financial interest in BlackRock Fund Advisors, identified as a corporate member of the GEO Group Inc. in the Corporate Disclosure Statement filed on August 3, 2018 (Dkt. 72). The U.S. Securities and Exchange Commission identifies BlackRock Fund Advisers as a direct or indirect subsidiary of BlackRock, Inc., a stock owned by Judge Christel.

If the parties wish to submit any briefing or motions concerning whether this potential conflict of interest would require a review of any rulings made by Judge Christel since August 3, 2018, the deadline for filing any briefs or motions is: October 17, 2019.

ORDER RE: MAGISTRATE JUDGE RECUSAL - 1

1

2

3

4       If any motions are filed, the noting date will be Friday, October 25, 2019.

5       Dated this 4th day of October, 2019.

6

7

8

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER RE: MAGISTRATE JUDGE RECUSAL - 2