UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESUS CHAVEZ FLORES,<br><br>  Plaintiff,<br><br>  v.<br><br>US IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>  Defendants. | Case No. C18-5139 BHS-TLF<br><br>ORDER DISMISSING ICE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS MOOT |

The parties have stipulated to voluntarily dismiss plaintiff's first Cause of Action: Violation of the Freedom of Expression. Dkt. 235. Federal defendants United States Immigration and Customs Enforcement ("ICE"), Thomas D. Homan, Drew Bostock, Tim Petrie, Brian Muirhead, Bryan Wilcox, Marc Moore, the ICE Does, and William Penaloza ("the ICE defendants") are therefore no longer involved in the action; accordingly, the Court dismisses the ICE Defendants' Motion for Summary Judgment (Dkt. 231) as moot.

Dated this 3rd day of December, 2019.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER DISMISSING ICE DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AS MOOT - 1