Judge Benjamin H. Settle
Magistrate Judge Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESUS CHAVEZ FLORES,<br><br>                    Plaintiff,<br><br>    v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al*.,<br><br>                    Defendants. | NO.  3:18-cv-05139-BSH-TLF<br><br>**NOTICE REGARDING SETTLEMENT IN PRINCIPLE** |

The Parties write to notify the Court that they have reached agreement on the principles of a settlement that will lead to a complete resolution of this case. The Parties now need additional time to draft the appropriate documentation that reflects their agreement. The Parties are working, and will continue to work, expeditiously to complete these tasks, and they expect to be able to file a stipulated dismissal within thirty days of this notice.

In light of this development, the Parties respectfully suggest that the Court hold in abeyance resolving the pending motion for summary judgment, including the deadline for the forthcoming additional briefing regarding the Court's jurisdiction, so the parties can focus their time and resources on timely finalizing this settlement agreement while conserving this Court's resources.

**American Civil Liberties Union of Washington Foundation**
P.O. Box 2782
Seattle, WA 98111
206-624-2184

RESPECTFULLY SUBMITTED this 14th day of January, 2020.

    AMERICAN CIVIL LIBERTIES UNION OF
    WASHINGTON FOUNDATION

    By:  s/ Maissa Chouraki-Lewin
      Nancy Talner, WSBA No. 11196
      Maissa Chouraki-Lewin, *Pro Hac Vice*
      P.O. Box 2782
      Seattle, WA 98111
      Tel: (206) 624-2184
      Fax: (206) 624-2190
      Email: talner@aclu-wa.org
        mchourakilewin@aclu-wa.org

    McNAUL EBEL NAWROT & HELGREN, PLLC

    By:  s/   *Daniel M. Weiskopf*
      Daniel M. Weiskopf, WSBA No. 44941
      Theresa Demonte, WSBA No. 43994
      600 University Street, Suite 2700
      Seattle, Washington 98101
      Tel:   (206) 467-1816
      Fax:   (206) 624-5128
      Email: dweiskopf@mcnaul.com
        tdemonte@mcnaul.com

    *Attorneys for Plaintiff Jesus Chavez Flores*

    III BRANCHES LAW, PLLC

    By:  s/ *Joan K. Mell*
      Joan K. Mell, WSBA No. 21319
      1019 Regents Boulevard, Suite 204
      Fircrest, Washington 98466
      Telephone: (253)-566-251 0
      Facsimile: (281)-664-4643
      Email: joan@3brancheslaw.com

    *Attorneys for Defendants, GEO, and GEO Individual Defendants*

Notice Regarding Settlement in Principle - 2
NO.  3:18-cv-05139-BSH-TLF

**American Civil Liberties Union of Washington Foundation**
P.O. Box 2782
Seattle, WA 98111
206-624-2184

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2020, a copy of the foregoing *Notice Regarding Settlement in Principle* was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record named below.

Joan K. Mell, WSBA No. 21319
III Branches Law, PLLC
1019 Regents Boulevard, Suite 204
Fircrest, Washington 98466
Telephone: (253)-566-251 0
Facsimile: (281)-664-4643
Email: joan@3brancheslaw.com

DATED this 14th day of January, 2020.

By:  s/   *Daniel M. Weiskopf*
Daniel M. Weiskopf, WSBA No. 44941
Theresa Demonte, WSBA No. 43994

Notice Regarding Settlement in Principle - 3
NO.  3:18-cv-05139-BSH-TLF

**American Civil Liberties Union of Washington Foundation**
P.O. Box 2782
Seattle, WA 98111
206-624-2184